FOGEL & ASSOCIATES
JOSEPH S. FOGEL [SBN 156746]
15260 Ventura Boulevard, Suite 2250
Sherman Oaks, California 91403-5338
telephone (818) 986-7100
fax (818) 986-7106

*Attorneys for Plaintiff* WILLIAM BRANT and *Counterdefendant* DIRECTORY SERVICES, INC.

FILED
CLERK, U.S. DISTRICT COURT

JAN - 2 2008

CENTRAL DISTRICT OF CALIFORNIA
BY               DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF THE STATE OF CALIFORNIA

| | |
|---|---|
| WILLIAM BRANT, an individual; <br><br> Plaintiff, <br><br> v. <br><br> NOVELL, INC., a Delaware Corporation; IDENTRICS, LLC, a Texas Limited Liability Company; THE WIRING COMPANY, a Texas Limited Liability Company; and DOES 1- 5. <br><br><br> NOVELL, INC., a Delaware Corporation <br><br> Counterclaimant, <br><br> v. <br><br> WILLIAM BRANT, an individual; and DIRECTORY SERVICES, INC., a California Corporation; <br><br> Counterdefendants. | Case No. CV06-3888 JTL <br><br> REQUEST FOR DISMISSAL AGAINST NOVELL, INC. ONLY <br> & ORDER |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

-1-

1 | Pursuant to settlement, Plaintiff WILLIAM BRANT requests the dismissal
2 | of the action against Defendant NOVELL, INC., only pursuant to the settlement
3 | with each side to bear its own fees and costs.

4 | DATED: December 26, 2007                FOGEL & ASSOCIATES

By: *Joseph S Fogel*

JOSEPH S. FOGEL,
Attorneys for Plaintiff &
Counterdefendant,
WILLIAM BRANT and
DIRECTORY SERVICES, INC.

Pursuant to settlement, the action against Defendant Novell, INC., only is dismissed.

IT IS SO ORDERED.

DATED: December 28, 2007    *Aurelio T. Lum*
MAGISTRATE JUDGE OF THE
UNITED STATES DISTRICT COURT

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES; I am employed in the County of Los Angeles, State of California, I am over the age of 18 and not a party to the within action; my business address is 15260 Ventura Blvd., Suite 2250, Sherman Oaks, California 91403-5338.

On December 26, 2007 I served the foregoing document(s) described as:

REQUEST FOR DISMISSAL AGAINST NOVELL, INC. ONLY

on the interested parties in this action, by placing a true copy enclosed in sealed envelopes addressed as follows:

[ x ]   **By PERSONAL SERVICE.**  I personally served such documents on this date to the recipient below.

[ ]   **By MAIL.**  I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States Mail, in the County of Los Angeles. As follows: I am familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing an affidavit.

[ ]   **By Facsimile**.

Ms. Jennifer Terry
Arent Fox
445 S. Figueroa Street, Suite 3750
Los Angeles, California 90071
*Attorneys for Defendant Novell, Inc.*

Executed on December 26, 2007 at Sherman Oaks, California.

[X]   I declare under penalty of perjury under the laws of the United States, that the above is true and correct.

_____          _____
December 26, 2007                              D.H. Sze