FILED
CLERK, U.S. DISTRICT COURT

FEB 11 2009

CENTRAL DISTRICT OF CALIFORNIA
BY

Priority
Send
Enter
Closed
JS-5/JS-6 ✓
JS-2/JS-3
Scan Only

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF THE STATE OF CALIFORNIA

| | |
|---|---|
| WILLIAM BRANT, an individual;<br><br>　　　　　Plaintiff,<br>　v.<br>NOVELL, INC., a Delaware Corporation; THE WIRING COMPANY.<br><br>　　　　　Defendants. | Case No. CV06-3888 JTL<br><br>AMENDED [PROPOSED] JUDGMENT |
| NOVELL, INC., a Delaware Corporation<br><br>　　　　　Counterclaimant,<br>　v.<br>WILLIAM BRANT, an individual; and<br>DIRECTORY SERVICES, INC., a California Corporation;<br><br>　　　　　Counterdefendants. | |

1

AMENDED [PROPOSED] JUDGMENT

THE COURT, having considered all of the documents filed in this matter, HEREBY orders that judgment be awarded in favor of WILLIAM BRANT in the amount of $478,739.49 against Identrics, LLC, a Texas Limited Liability Company and The Wiring Company, a Texas Limited Liability Company jointly and severally. Interest shall accrue at the rate, as indicated in the attached memorandum pursuant to 28 U.S.C. §1961 and Central District Local Rule 58-7, from the date of this Judgment.

Dated: February 11, 2009

_____
Hon. Jennifer Lum, Judge Presiding